UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA M.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LEE DUDEK,<br><br>　　　　　　　　Defendant. | Case No.:  23-CV-2182 W (LR)<br><br>**ORDER ADOPTING R&R [DOC. 17] AND ENTERING JUDGMENT IN FAVOR OF THE COMMISSIONER** |

　　　In light of this Court's prior Order adopting Magistrate Judge Lupe Rodriguez, Jr.'s Report and Recommendation (R&R) in its entirety, the Court **ORDERS** the Clerk to enter judgment in favor of the Commissioner and close the District Court case file.

　　　**IT IS SO ORDERED.**

Dated:  April 21, 2025

_____
Hon. Thomas J. Whelan
United States District Judge